WILLIAM THORNER, Appellant, v. HOMER SAMUELS, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

WILLIAM F. CARELL, as Trustee, etc., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

PACKARD MOTOR CAR COMPANY OF NEW YORK, Respondent, Appellant, v. THE CITY OF NEW YORK, Appellant, Respondent.— Order of October 26, 1923, reversed and motion to resettle granted; order of October 11, 1923, modified as indicated in order, and judgment appealed from modified as so indicated and as so modified affirmed, with costs to the plaintiff. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VIRGINIUS J. MAYO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. GAYNOR, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Appellant, to Certain Lands and Premises on the Easterly Side of Franklin Avenue and the Westerly Side of Boston Road, North of East One Hundred and Sixty-eighth Street, in the Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes, According to Law. JOSEPH P. HENNESSY and Others, Respondents.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

ORINOCO REALTY CO., INC., Appellant, v. MARTIN H. GOODKIND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

ORINOCO REALTY CO., INC., Appellant, v. MARTIN H. GOODKIND, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

ORINOCO REALTY CO., INC., Appellant, v. MARTIN H. GOODKIND, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MARGARET CURRAN, as Administratrix, etc., of DANIEL J. CURRAN, Deceased, Respondent, v. OLD DOMINION STEAMSHIP COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

FLORENCE M. ROWAN, as Administratrix, etc., of MARTIN P. ROWAN, Deceased, Respondent, v. ANNA GOLDFARB, as Administratrix, etc., of MORRIS GOLDFARB, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of LILLIAN SURRETSKY, Respondent, v. CHARLES INGBER, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

OLIVE CORNELL, Respondent, v. ZIEGFELD FOLLIES, INC., Appellant.— Judgment

and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ. Clarke, P. J., and Finch, J., dissenting.

OLIVE CORNELL, Respondent, v. ZIEGFELD FOLLIES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ. Clarke, P. J., and Finch, J., dissenting.

PHILIP GALLUB, Doing Business under the Firm Name and Style of ERNSTEIN & GALLUB, Appellant, v. VICTOR E. MEYER, Doing Business under the Firm Name and Style of VICTOR E. MEYER & COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ. Smith, J. dissenting.

LINA H. BOGGIANO, as Administratrix, etc., of JOHN BOGGIANO, Deceased, Appellant, v. ALFRED MUSSO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MARATHON MOTORS EXPORT COMPANY, Appellant, v. GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOHN D. LOHMAN, Respondent, v. THE MANNEQUIN CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOSEPH MOSKOWITZ, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

AUGUSTA LANDES, Respondent, Appellant, v. LEONARD LANDES, Appellant, Respondent.— Interlocutory judgment modified by striking therefrom the requirement that the plaintiff account for the property received by her under and by virtue of the agreement made between the plaintiff and defendant dated the 26th day of September, 1913, and as so modified affirmed, with costs to the plaintiff. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

IRVING W. FRANKEL, Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

YORKVILLE BANK, Appellant, v. ABRAHAM COHEN and Others, Respondents, Impleaded with ROYAL SEAL PRODUCTS CORPORATION.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JACOB ROSENBERG, Respondent, v. BARBARA ROSENBERG, Individually, Impleaded with BARBARA ROSENBERG and Others, as Executors, etc., of CHARLES ROSENBERG, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN CORRADO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

BEACH E. SMITH, Respondent, v. ROBERT ANDERSON, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.